RALEIGH W. DODSON, Respondent, *v.* JOSEPH C. HAND-SHOE, Appellant.

(Argued April 25, 1933; decided May 23, 1933.)

*Edward G. Griffin* and *Joseph C. Handshoe* in person, for appellant.

*John L. Farrell* and *Noah A. Stancliffe* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.